IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES E. MARSHALL, )
)
    Plaintiff, )
)
v. ) CASE NO. 2:17-CV-361-WKW
) [WO]
LT. PITTMAN, *et al.*, )
)
    Defendants. )

## **ORDER**

On November 8, 2017, the Magistrate Judge filed a Recommendation (Doc. # 16) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 16) is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to prosecute the action and follow the orders of the court.

A final judgment will be entered separately.

DONE this 1st day of December, 2017.

                                     /s/ W. Keith Watkins
                         CHIEF UNITED STATES DISTRICT JUDGE